UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 11-779 (SDW) |
| v. | : | Hon. Susan D. Wigenton |
| JIRROD PARKER | : | UNSEALING ORDER |

This matter having come before the Court on the application of the United States of America (Shirley U. Emehelu, Assistant U.S. Attorney, appearing) for an order that the Indictment returned in the above-captioned matter be unsealed, given that the warrant issued for the Defendant's arrest has been executed; and for good cause shown,

IT IS ON this 28th day of November, 2011,

ORDERED that the Indictment filed in the above-captioned matter be and hereby is unsealed.

_____
HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE