*2011R01029/SUE/ja*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br><br>JIRROD PARKER<br><br>Defendant. | Honorable Susan D. Wigenton<br><br>Criminal No. 11-779<br><br>FINAL ORDER OF FORFEITURE |

**WHEREAS** on November 15, 2011, the United States filed an Indictment, Criminal No 11-779, against Jirrod Parker, charging him with, among other things, a violation of Title 18, United States Code, Section 922(g)(1); and

**WHEREAS** on September 19, 2012, the defendant, Jirrod Parker, pled guilty to the Indictment; and

**WHEREAS** pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), defendant Jirrod Parker agreed to the forfeiture of:

    (1) Taurus PT111 Millennium Pro, 9mm semi-automatic pistol, bearing serial number TWD 63579; and

    (2) three 9mm Luger rounds of ammunition; and

**WHEREAS** defendant Jirrod Parker specifically acknowledges notice of the criminal forfeiture, consents to the entry of a Final Order of Forfeiture, and waives his right to be present and heard on the timing and form of this order pursuant to Federal Rules of Criminal Procedure 32.2 and 43(a); and

**WHEREAS** defendant Jirrod Parker agrees not to contest the forfeiture of the above referenced property; and

**WHEREAS** by virtue of the above, the United States is now entitled to possession of the herein described assets pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure; and

**WHEREAS** defendant Jirrod Parker waives and abandons all right, title, and interest in the firearm and ammunition listed above and further waives, releases, and withdraws any claim that defendant may have made with respect to the above listed firearm and ammunition and waives and releases any claim that defendant might otherwise have made to them in the future; and

**WHEREAS** Rule G(4)(a)(i)(A) provides that notice need not be published if the defendant's property is worth less than $1,000; and

**WHEREAS** the defendant's property is believed to have a value of less than $1,000; and

**WHEREAS** defendant Jirrod Parker consents to the destruction of the above listed firearm and ammunition; and

**WHEREAS** no other person, other than the defendant, has any right, title or interest in the defendant's property

It is hereby **ORDERED, ADJUDGED, AND DECREED:**

**THAT** the property, specifically:

> (1) Taurus PT111 Millennium Pro, 9mm semi-automatic pistol, bearing serial number TWD 63579; and
>
> (2) three 9mm Luger rounds of ammunition

are to be held by any authorized agency of the United States in its secure custody and control;

**THAT** the aforementioned forfeited property is to be held by the appropriate United States agency in its secure custody and control until the appropriate disposition of said Property by the United States.

**ORDERED** this 11th day of January 2013

_____
Honorable Susan D. Wigenton
United States District Judge